1

2

3                          UNITED STATES DISTRICT COURT

4                          EASTERN DISTRICT OF CALIFORNIA

5

6    JOEL BROWN,                                    1:14-cv-00648 GSA (PC)

7                    Plaintiff,

8            v.                                     ORDER TO SUBMIT APPLICATION
                                                    TO PROCEED IN FORMA PAUPERIS
9    GOVERNOR EDMUND G. BROWN, JR.,                 OR PAY FILING FEE WITHIN 45 DAYS
     et al.,
10
                     Defendants.
11

12
             Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.
13
     § 1983.  Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in
14
     forma pauperis pursuant to 28 U.S.C. § 1915.
15
             Accordingly, IT IS HEREBY ORDERED that:
16
             Within forty-five (45) days of the date of service of this order, plaintiff shall submit the
17
     attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay
18
     the $400.00 filing fee for this action.  **No requests for extension will be granted without a**
19
     **showing of good cause**.  Within sixty (60) days of the date of service of this order, plaintiff shall
20
     submit a certified copy of his/her prison trust statement for the six month period immediately
21
     preceding the filing of the complaint. **Failure to comply with this order will result in dismissal**
22
     **of this action.**
23

24   IT IS SO ORDERED.

25     Dated:   __May 8, 2014__              _____/s/ Gary S. Austin_____
                                                 UNITED STATES MAGISTRATE JUDGE
26

27

28