UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL BROWN,<br><br>        Plaintiff,<br><br>    vs.<br><br>GOVERNOR EDMUND G. BROWN, JR., et al.,<br><br>        Defendants. | 1:14-cv-00648-GSA-PC<br><br>ORDER DENYING MOTION FOR COURT ORDER DIRECTING PRISON TO PROVIDE PLAINTIFF ACCESS TO THE LAW LIBRARY<br>(Doc. 4.) |

   Joel Brown ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on May 1, 2014. (Doc. 1.)

   On June 2, 2014, Plaintiff filed a motion for a court order directing prison officials to allow him access to the law library, to enable him to comply with the court's order of May 8, 2014, which requires Plaintiff to submit an application to proceed in forma pauperis or pay the filing fee for this action within forty-five days. (Doc. 4.)

   The court lacks jurisdiction to grant Plaintiff's motion. Because none of the defendants has appeared in this action, the court lacks jurisdiction over the defendants. "A federal court may issue an injunction [only] if it has personal jurisdiction over the parties and subject matter jurisdiction over the claim; it may not attempt to determine the rights of persons not before the

court." <u>Zepeda v. United States Immigration Service</u>, 753 F.2d 719, 727 (9th Cir. 1985). Moreover, the court recognizes that prison administrators "should be accorded wide-ranging deference in the adoption and execution of policies and practices that in their judgment are needed to preserve internal order and discipline and to maintain institutional security." <u>Whitley v. Albers</u>, 475 U.S. 312, 321-322 (1986) (quoting <u>Bell v. Wolfish</u>, 441 U.S. 520, 547 (1970). Accordingly, the court shall defer to the prison's policies and practices in granting access to the law library.   Therefore, Plaintiff's motion for a court order shall be denied.  Should Plaintiff require an extension of time to comply with the court's order of May 8, 2014, he should file a motion for extension of time before the expiration of the deadline.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion for a court order directing prison officials to allow him access to the law library is DENIED.

IT IS SO ORDERED.

Dated:   **June 4, 2014**                     **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE