UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL BROWN, | 1:14-cv-00648-GSA-PC |
| Plaintiff, | ORDER DENYING MOTION FOR EXTENSION OF TIME |
| vs. | (Doc. 9.) |
| GOVERNOR EDMUND G. BROWN, JR., et al., | ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT'S ORDER ISSUED ON MAY 8, 2014 |
| Defendants. | (Doc. 3.) |
| | THIRTY DAY DEADLINE FOR PLAINTIFF TO RESPOND TO THIS ORDER |

**I.     BACKGROUND**

Joel Brown ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on May 1, 2014. (Doc. 1.)

On June 26, 2014, Plaintiff filed a motion to extend time to comply with the court's order of May 8, 2014, which required Plaintiff to either submit an application to proceed in forma pauperis or pay the $400.00 filing fee for this action, within forty-five days. (Doc. 9.)

**II.     MOTION FOR EXTENSION OF TIME**

"When an act may or must be done within a specified time, the court may, for good cause, extend the time." Fed. R. Civ. P. 6(b)(1).

Plaintiff asserts that he requires an extension of time to comply with the court's order because he has not been provided with sufficient access to the prison law library.

**Discussion**

Plaintiff has not shown good cause for an extension of time. Plaintiff asserts that he has not been able to comply with the court's order because he has not been able to attend the law library. However, there is no reason Plaintiff needs access to the law library to comply with the court's order. The court's May 8, 2014 order requires Plaintiff to either (1) <u>pay</u> the $400.00 filing fee for this action, or (2) <u>complete and return</u> the court's form application to proceed in forma pauperis. The form application was sent to Plaintiff by the court with the order. Plaintiff simply needs to fill out the form, sign it, and return it to the court. No research at the law library is required to fill out the form. And no research at the law library is required to pay the $400.00 filing fee.

Plaintiff was allowed forty-five days in which to comply with the court's order of May 8, 2014, and Plaintiff has not shown good cause for the court to grant additional time. Therefore, Plaintiff's motion shall be denied, and Plaintiff shall be ordered to show cause why this case should not be dismissed for his failure to comply with the court's order.

**II.    ORDER TO SHOW CAUSE**

In light of the foregoing, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for extension of time, filed on June 26, 2014, is DENIED;
2. Within thirty days of the date of service of this order, Plaintiff shall file a written response to this order, showing cause why this case should not be dismissed for his failure to comply with the court's May 8, 2014 order; and
3. Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **July 9, 2014**            **/s/ Gary S. Austin**
                              UNITED STATES MAGISTRATE JUDGE